# Order

Michigan Supreme Court
Lansing, Michigan

October 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140241(40)

ALESIA HARRIS, Personal Representative of
the Estate of Henry J. Harris, Deceased,
            Plaintiff-Appellant,

v                                                       SC: 140241
                                                        COA: 285426
                                                        WCAC: 06-000256

GENERAL MOTORS CORPORATION,
            Defendant-Appellee.
_____/

        On order of the Court, the motion for reconsideration of this Court's April 16, 2010 order is considered, and it is GRANTED. We VACATE our order dated April 16, 2010. On reconsideration, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application or reconsideration motion papers.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010                              _____
                                                              Clerk

d1013